IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


CHESAPEAKE BANK,

        Plaintiff,

    v.                                 CASE  NO. 2:14-MC-32
                                         JUDGE EDMUND A. SARGUS, JR.
                                         MAGISTRATE JUDGE MARK R. ABEL

STUART D. BERGER,
DEBORAH D. BERGER,
BERGER PROPERTIES OF OHIO, LLC,
BERGER PROPERTIES OF FLORIDA, LLC,
BERGER PROPERTIES OF TEXAS, LLC,
BERGER PROPERTIES OF MARYLAND, LLC,
S & D UNLIMITED OF TEXAS, LLC,
S & D UNLIMITED, LLC,
THE UNLIMITED GROUP, INC.,
and
THE LAW OFFICES OF STUART BERGER, PLLC,

        Defendants.


## ORDER

       The undersigned hereby RECUSES himself from this case.  The Clerk shall use a

random draw to assign a new judge to this case.


       IT IS SO ORDERED.



  11-3-2014
DATE

                                   EDMUND A. SARGUS, JR.
                                   UNITED STATES DISTRICT JUDGE